UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                              :
                                                :   Civil Action No. _____
                        Plaintiff,              :
                                                :
        vs.                                     :
                                                :
JOHN DOES 1-22,                                 :
                                                :
                        Defendants.             :
                                                :
---------------------------------------------------------------X

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

                                  Respectfully submitted,

                                  FIORE & BARBER, LLC

           By: _____
                             Christopher P. Fiore, Esquire
                             Aman M. Barber, III, Esquire
                             Attorneys for Plaintiff
                             425 Main Street, Suite 200
                             Harleysville, PA 19438
                             Tel: (215) 256-0205
                             Fax: (215) 256-9205
                             Email: cfiore@fiorebarber.com