UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | |
| | : | |
| | : | NO. 2:12-CV-02083-CDJ |
| V. | : | |
| | : | JURY TRIAL DEMANDED |
| JOHN DOES 1-22 | : | |

# ORDER

  **AND NOW**, this    day of    , 2012, after careful consideration of the Motion to Sever filed by Defendant John Doe 18 and any response thereto, it is **ORDERED** that the motion is **GRANTED** and the claims against all defendants except for Doe 1 are hereby **SEVERED** from this action and dismissed without prejudice.

  **IT IS FURTHER ORDERED** that by    , 20-12, Plaintiff shall notify, by first-class mail, every Doe defendant for whom it has or obtains an address, that all defendants except Doe 1 have been severed and dismissed from this action. The notice shall include a copy of this ORDER.  By    , 2012, Plaintiff's counsel shall file a declaration attesting that Plaintiff has complied with this provision, and attaching a copy of the notice Plaintiff has sent to the Does.  Plaintiff shall

have until _____, 2012 to amend its complaint and serve Doe 1, if it wishes to proceed with its claims against this Defendant.

**BY THE COURT:**

_____
                                                                          J.