# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, :<br>    Plaintiff, :<br> :<br>v. : Civil Action No. 2:12-cv-02083-CDJ<br> :<br> :<br>JOHN DOES 1-22, :<br>    Defendants. :<br> : | |

### PLAINTIFF NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### OF JOHN DOE 15 ONLY WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 15 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice</u>. John Doe 15 was assigned the IP Address 108.36.166.123. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 15 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 6, 2012

Respectfully submitted,

By:   /s/ Christopher P. Fiore
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone:  215-256-0205
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interest parties through this system.

                                             By: _/s/ Christopher P. Fiore_