IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, <br>     Plaintiff, <br> v. <br><br> JOHN DOES 1-22, <br>     Defendants, | : <br> : <br> :    Civil Action No. 2:12-cv-02083-CDJ <br> : <br> : <br> : |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL OF JOHN DOE 11 ONLY WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 11 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 11 was assigned the IP Address 76.98.34.131. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 11 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July ___, 2012

                                                  Respectfully submitted,

                                                By:   /s/ Christopher P. Fiore
                                                Christopher P. Fiore
                                                cfiore@fiorebarber.com
                                                Attorneys At Law
                                                425 Main Street, Suite 200
                                                Harleysville, PA 19438
                                                Phone: 215-256-0205
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                              By: /s/ *Christopher P. Fiore*