IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
AUG 1 6 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

| | |
|---|---|
| MALIBU MEDIA, LLC v. JOHN DOES 1-11 | CIVIL ACTION NO.: 12-cv-667 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-15 | CIVIL ACTION NO.: 12-cv-2077 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-16 | CIVIL ACTION NO.: 12-cv-2078 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-22 | CIVIL ACTION NO.: 12-cv-2083 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-14 | CIVIL ACTION NO.: 12-cv-2084 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-15 | CIVIL ACTION NO.: 12-cv-2090 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-7 | CIVIL ACTION NO.: 12-cv-2093 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-25 | CIVIL ACTION NO.: 12-cv-2094 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-18 | CIVIL ACTION NO.: 12-cv-2095 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-18 | CIVIL ACTION NO.: 12-cv-2096 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-11 | CIVIL ACTION NO.: 12-cv-3141 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-6 | CIVIL ACTION NO.: 12-cv-3142 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-17 | CIVIL ACTION NO.: 12-cv-3143 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-8 | CIVIL ACTION NO.: 12-cv-3144 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-38 | CIVIL ACTION NO.: 12-cv-3145 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-12 | CIVIL ACTION NO.: 12-cv-3147 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-12 | CIVIL ACTION NO.: 12-cv-3149 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-41 | CIVIL ACTION NO.: 12-cv-3151 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-30 | CIVIL ACTION NO.: 12-cv-3953 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-26 | CIVIL ACTION NO.: 12-cv-3958 |
| MALIBU MEDIA, LLC v. JOHNSTON | CIVIL ACTION NO.: 12-cv-4200 |
| MALIBU MEDIA, LLC v. DETWEILER | CIVIL ACTION NO.: 12-cv-4253 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-13 | CIVIL ACTION NO.: 12-cv-4321 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-13 | CIVIL ACTION NO.: 12-cv-4322 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-18 | CIVIL ACTION NO.: 12-cv-4352 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-13 | CIVIL ACTION NO.: 12-cv-4443 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-13 | CIVIL ACTION NO.: 12-cv-4444 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-22 | CIVIL ACTION NO.: 12-cv-2088 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-22 | CIVIL ACTION NO.: 12-cv-3139 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-35 | CIVIL ACTION NO.: 12-cv-3959 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-25 | CIVIL ACTION NO.: 12-cv-4442 |

O R D E R

AND NOW, this 16th day of AUGUST, 2012, it is hereby ordered that the above-captioned cases are referred to the Honorable Michael M. Baylson for monitoring and coordination of the following issues: severance of defendants; the status of discovery; scheduling of arbitration hearings; settlement negotiations; and trial date, and it is

FURTHER ORDERED that the above-captioned cases shall remain on the calendar of the Judge to whom it was assigned at the time of filing, until further order of the court.

FOR THE COURT:

_____
J. CURTIS JOYNER
Chief Judge