UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                :
:  Civil Action No. 2:12-cv-2083-CDJ
                    Plaintiff,                                    :
:
        vs.                                                       :
:
JOHN DOES 1-22,                                                   :
:
                    Defendants.                                   :
:
------------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 7, 8, 9 AND 10 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendants, John Does 1, 2, 3, 4, 5, 7, 8, 9 and 10 from this action without prejudice. Defendants were issued the IP addresses 68.42.2.205, 68.80.242.214, 68.80.255.22, 68.81.152.149, 69.136.68.204, 69.137.138.93, 71.224.205.140, 71.224.249.184 and 71.225.40.37 respectively. Plaintiff has recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Dated: August 17, 2012

1

       Respectfully submitted,

       FIORE & BARBER, LLC


      By:  /s/ *Christopher P. Fiore*_____
          Christopher P. Fiore, Esquire
          Aman M. Barber, III, Esquire
          Attorneys for Plaintiff
          425 Main Street, Suite 200
          Harleysville, PA 19438
          Tel:  (215) 256-0205
          Fax:  (215) 256-9205
          Email:  cfiore@fiorebarber.com
          ATTORNEYS FOR PLAINTIFF


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

            /s/ *Christopher P. Fiore*_____
            Christopher P. Fiore, Esquire